**No. 40422.**—Protest 959954–G of J. S. Hoffman Co., Inc. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the court sustained the protest.

**No. 40423.**—Protests 615469–G, etc., of General Transport Co. et al. (New York).

Opinion by KEEFE, J. The protests were sustained on the authority of *Locatelli* v. *United States* (T. D. 48284 and T. D. 49389) as to cheese with covering of fuller's earth or of lamp black and soapstone.

**No. 40424.**—Protest 964556–G of International Forwarding Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.